UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

VICTOR HARGROVE

      Plaintiff(s)  :  **JUDGMENT**

(vs) :

BAYSIDE STATE PRISON, ET AL. :  Civil #09-02368   (RBK)

      Defendant(s) :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on December 16, 2011, and no timely objection having been filed,

IT IS, on this 21st day of March, 2012

ORDERED that the report of Hon. John W. Bissell dated December 16, 2011 is hereby affirmed and Judgment be entered in favor of **plaintiff Victor Hargrove** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $8,000.00 in compensatory damages together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

                                     HON. ROBERT B. KUGLER, U.S.D.J.